**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL GABRIEL URRUTIA ARROYO,<br>Petitioner,<br>v.<br>SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondents. | No. 5:26-cv-02258-AB-DSR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Status Report, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

1. Respondents are enjoined from continuing to detain Petitioner **ANGEL GABRIEL URRUTIA ARROYO (A No. 240-500-148)** unless Petitioner is provided with a Rodriguez bond hearing within seven (7) days of the date of this Order;

2. Respondents shall release immediately release Petitioner from their custody if Petitioner is not timely provided with the aforementioned hearing; and

3. Respondents shall file a status report within ten (10) days of the date of this Order confirming their compliance.

DATED: November 10, 2026

________________________________________
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE