JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANGEL GABRIEL URRUTIA ARROYO,

Petitioner,

v.

SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,

Respondents.

No. 5:26-cv-02258-AB-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: November 10, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE